Form **8879-C**

**IRS e-file Signature Authorization for Form 1120**

OMB No. 1545-0123

For calendar year 2021, or tax year beginning _____ , ending _____

▶ **Do not send to the IRS. Keep for your records.**
▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2021**

Department of the Treasury
Internal Revenue Service

Name of corporation

ISTANBUL REGO PARK INC

Employer Identification number

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . | 1 | 482,755. |
| 2 | Taxable income (Form 1120, line 30). . . . . . . . . . . . . . . . . . . . . | 2 | 0. |
| 3 | Total tax (Form 1120, line 31). . . . . . . . . . . . . . . . . . . . . . . | 3 | 0. |
| 4 | Amount owed (Form 1120, line 35) . . . . . . . . . . . . . . . . . . . . . | 4 | 0. |
| 5 | Overpayment (Form 1120, line 36) . . . . . . . . . . . . . . . . . . . . . | 5 | 0. |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2021 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]   I authorize _____SUBLIME ACCOUNTING INC_____ to enter my PIN [_____] as my signature
ERO firm name                                                    do not enter all zeros
on the corporation's 2021 electronically filed income tax return.

[ ]   As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2021 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ 08/08/2022  Title ▶ OFFICER

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [_____]
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS e-file Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ _____

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.
UYA

Form **8879-C** (2021)

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Form **1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2021 or tax year beginning _____ ending _____
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2021**

**A Check if:**
1a Consolidated return (attach Form 851) . . . . ☐
b Life/nonlife consolidated return . . . . . . ☐
2 Personal holding co. (attach Sch. PH) . . . . ☐
3 Personal service corp. (see instructions) . . . ☐
4 Schedule M-3 attached . . ☐

**TYPE OR PRINT**

Name
ISTANBUL REGO PARK INC

Number, street, and room or suite no. If a P.O. box, see instructions.
9536 QUEENS BLVD

City or town, state or province, country, and ZIP or foreign postal code
Rego Park, NY 11374

**B** Employer identification number

**C** Date Incorporated
03/29/2013

**D** Total assets (see instructions)
$             98,993.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . | **1a** 874,285. | |
| | b Returns and allowances . . . . . . . . . . . . . . . . . . . . | **1b** 1,263. | |
| | c Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . | **1c** | 873,022. |
| | 2 Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | **2** | 390,267. |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | **3** | 482,755. |
| | 4 Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . | **4** | |
| | 5 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| | 6 Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | 7 Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . | **8** | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | **9** | |
| | 10 Other income (see instructions—attach statement) . . . . . . . . . . . . . | **10** | |
| | 11 **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . ▶ | **11** | 482,755. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . ▶ | **12** | 1,100. |
| | 13 Salaries and wages (less employment credits) . . . . . . . . . . . . . . . | **13** | 158,227. |
| | 14 Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | **14** | 7,519. |
| | 15 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| | 16 Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 99,836. |
| | 17 Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 15,127. |
| | 18 Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | 19 Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . | **20** | |
| | 21 Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| | 22 Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | 22,573. |
| | 23 Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . | **23** | |
| | 24 Employee benefit programs . . . . . . . . . . . . . . . . . . . . . | **24** | |
| | 25 Reserved for future use . . . . . . . . . . . . . . . . . . . . . . | **25** | |
| | 26 Other deductions (attach statement) . . . . . . . . . . . . . . . . . . | **26** | 166,829. |
| | 27 **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . ▶ | **27** | 471,211. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | **28** | 11,544. |
| | 29a Net operating loss deduction (see instructions) . . . . | **29a** 11,544. | |
| | b Special deductions (Schedule C, line 24) . . . . . . | **29b** | |
| | c Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . | **29c** | 11,544. |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . | **30** | |
| | 31 Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . | **31** | |
| | 32 Reserved for future use . . . . . . . . . . . . . . . . . . . . . . | **32** | |
| | 33 Total payments and credits (Schedule J, Part III, line 23) . . . . . . . . . . . | **33** | |
| | 34 Estimated tax penalty. Check if Form 2220 is attached . . . . . . . . . . ▶ ☐ | **34** | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . | **35** | |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . | **36** | |
| | 37 Enter amount from line 36 you want: **Credited to 2022 estimated tax** ▶ _____ Refunded ▶ | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer        Date        Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| VIKTOR VERNIGOROV | | | | |

Firm's name ▶ SUBLIME ACCOUNTING INC

Firm's address ▶ 1928 KINGS HWY FL 2
BROOKLYN, NY 11229

Firm's EIN ▶

Phone no. (718) 676-9090

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1120** (2021)

Form 1120 (2021)    **ISTANBUL REGO PARK INC**    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see Instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock). | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock). | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations. | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities. | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958. | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs. | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid. | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

UYA

Form **1120** (2021)

Form 1120 (2021)    **ISTANBUL REGO PARK INC**    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I–Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Base erosion minimum tax amount (attach Form 8991). . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . . | **5a** | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . . . . | **5b** | |
| c | General business credit (attach Form 3800). . . . . . . . . . . . . . . . | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . . . . | **5d** | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . . | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)). . . . . . . . . . . . . . . . . . | **8** | |
| 9a | Recapture of investment credit (attach Form 4255). . . . . . . . . . . . . | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . . . | **9b** | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9c** | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . | **9e** | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) . . . . . . . . . . | **9f** | |
| g | Other (see instructions—attach statement) . . . . . . . . . . . . . . . . | **9g** | |
| 10 | **Total.** Add lines 9a through 9g . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . | **11** | |

**Part II–Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |

**Part III–Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | 2021 estimated tax payments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | 2021 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18. . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20a** | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20b** | |
| c | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . | **20c** | |
| d | Other (attach statement—see instructions) . . . . . . . . . . . . . . . . | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d. . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33. . . . . . . . . . | **23** | |

UYA    Form **1120** (2021)

Form 1120 (2021)    **ISTANBUL REGO PARK INC**    Page **4**

| Schedule K | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

1  Check accounting method:   **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ▶ _____

2  See the instructions and enter the:

  **a**  Business activity code no. ▶ _____

  **b**  Business activity ▶ **RESTAURANT** _____

  **c**  Product or service ▶ **PRODUCT** _____

3  Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . | | X

  If "Yes," enter name and EIN of the parent corporation     ▶ _____

_____

4  At the end of the tax year:

  **a**  Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . | | X

  **b**  Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . | X |

5  At the end of the tax year, did the corporation:

  **a**  Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instr. | | X

  If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  **b**  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | X

  If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

6  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . | | X

  If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | | X

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

  **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ **0**

8  Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ▶ ☐

  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

9  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10  Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ **2**

11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . ▶ ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12  Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $    **43,410.**

UYA

Form **1120** (2021)

Form 1120 (2021)     **ISTANBUL REGO PARK INC**                                                    Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. . . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote _____     By Value _____ | | |

UYA                                                                                          Form **1120** (2021)

Form 1120 (2021)  **ISTANBUL REGO PARK INC**  Page **6**

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 637. | | 15,219. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | 6,325. | | 8,774. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 75,000. | | 75,000. | |
| b Less accumulated depreciation | ( ) | 75,000. | ( ) | 75,000. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 81,962. | | 98,993. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 9,035. | | 24,172. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 9,650. | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 60,000. | 60,000. | 60,000. | 60,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings-Appropriated (attach statement) | | | | |
| 25 Retained earnings-Unappropriated | | 3,277. | | 14,821. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 81,962. | | 98,993. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 11,544. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Charitable contributions $ | | b | Charitable contributions $ | |
| c | Travel and entertainment $ | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | 11,544. | 10 | Income (page 1, line 28) - line 6 less line 9 | 11,544. |

## Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 3,277. | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 11,544. | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 14,821. | 8 | Balance at end of year (line 4 less line 7) | 14,821. |

UYA

Form **1120** (2021)

| Form **1125-A** | | | **Cost of Goods Sold** | | | |
|---|---|---|---|---|---|---|
| (Rev. November 2018) | | | | | | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

| Name | Employer identification number |
|---|---|
| ISTANBUL REGO PARK INC | |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year. | 1 | 6,325. |
| 2 | Purchases | 2 | 392,716. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 399,041. |
| 7 | Inventory at end of year | 7 | 8,774. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions. | 8 | 390,267. |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☒ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.
UYA

Form **1125-A** (Rev. 11-2018)

08/22/2022 04:44:30PM

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See Instructions.

OMB No.1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| ISTANBUL REGO PARK INC | |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| YASIN CABUK | | United States | 50.00 |
| ALI GULU | | United States | 50.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For paperwork Reduction Act Notice, see the Instructions for Form 1120.
UYA

Schedule G (Form 1120) (Rev. 12-2011)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

**ISTANBUL REGO PARK INC**

Employer identification number

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  YASIN CABUK | 6911 | .50 % | .50 % | % | 1,100. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 1,100. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 1,100. |

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1125-E** (Rev. 10-2016)

**2021** Other Deductions Worksheet, Supporting Details for Form 1120, line 26

Name(s) shown on return

ISTANBUL REGO PARK INC

Employer Identifying number

| | | |
|---|---|---:|
| 1. | Accounting fees | 650. |
| 2. | Bank fees | 2,800. |
| 3. | Contracted services and independent contractor exp. | 44,210. |
| 4. | Credit card convenience fees | 6,239. |
| 5. | Insurance | 6,041. |
| 6. | Janitorial | 10,068. |
| 7. | Legal and professional fees | 11,632. |
| 8. | Postage | 250. |
| 9. | Professional dues and subscriptions | 1,458. |
| 10. | Supplies | 15,391. |
| 11. | Telephone | 8,817. |
| 12. | Deductible non-entertainment meals exp. subject to limits | 4,304. |
| 13. | Travel and non-entertainment meals expense not subject to limits | 152. |
| 14. | Utilities | 18,605. |
| 15. | Uniforms | 2,261. |
| 16. | Security | 1,006. |
| 17. | Automobile & truck expenses | 1,391. |
| 18. | Paper & Packaging | 4,850. |
| 19. | Pest Control | 2,500. |
| 20. | U.S. Trustee Quaterly Fees | 2,488. |
| 21. | Grubhub Fees | 21,716. |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |
| 33. | | |
| 34. | | |
| 35. | | |
| 36. | | |
| 37. | | |
| 38. | | |
| 39. | | |
| 40. | | |
| 41. | | |
| 42. | | |
| 43. | | |
| 44. | | |
| 45. | | |
| 46. | | |
| 47. | | |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |
| 53. | | |
| 54. | | |

Total Other Deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        166,829.

Name as shown on Form 1120
**ISTANBUL REGO PARK INC**

Employer Identification Number

# Net Operating Loss (NOL) Worksheet

| (A) Tax Year NOL Occurred | (B) Original NOL Amount | (C) Less Carryback/ Carryforward Used | (D) Remaining NOL Available (Adjusted NOL) | (E) Deduction Allowed in Current Year  Transfers to Form 1120 line 29a | (F) Total NOL Carryover to Next Year  Includes Charitable Contribution Converted to NOL |
|---|---|---|---|---|---|
| 2020 | 15,003. | | 15,003. | | 15,003. |
| 2019 | | | | | |
| 2018 | 500. | | 500. | | 500. |
| 2017 | 4,660. | | 4,660. | | 4,660. |
| 2016 | 3,600. | | 3,600. | | 3,600. |
| 2015 | 110. | | 110. | | 110. |
| 2014 | 2,380. | | 2,380. | | 2,380. |
| 2013 | 17,157. | | 17,157. | 11,544. | 5,613. |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |
| 2003 | | | | | |
| 2002 | | | | | |
| 2001 | | | | | |
| Totals | 43,410. | | 43,410. | 11,544. | 31,866. |

Total charitable contributions converted to NOL to be used next year . . . . . . . . . . . . . . . .