Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                    Case No.: 1-20-44294-nhl

   Istanbul Rego Park, Inc.                          Chapter 11
   *d/b/a Black Sea Fish and Grill,*

              Debtor.                **AFFIDAVIT OF PRINCIPAL**
---------------------------------------------------------X

STATE OF NEW YORK)
              ) ss.:
COUNTY OF ~~KINGS~~ Queen

Yasin Cabuk & Ali Gulu, being duly sworn, depose and say:

1. We are the shareholders of Istanbul Rego Park, Inc. the Debtor herein, and as such, we are fully familiar with the facts and circumstances contained herein, the following is based on our personal knowledge.
2. There are no corporations which own 10% or more of any class of the Debtor's equity interest, hence there are no entities to report in this Affidavit.

_____
Yasin Cabuk
 President of Istanbul Rego Park, Inc.

_____
Ali Gulu
 Vice of President of Istanbul Rego Park, Inc.

Sworn and subscribed before me
On this ___7___ day of __December__ 2022

_____
Notary Public

YAKUBSHOLOM ISKHAKOV
Notary Public, State of New York
No. 01IS6137786
Qualified in Queens County
Commission Expires December 05, 20___