**Istanbul Rego Park, Inc.**
*d/b/a Black Sea Fish and Grill*
9536 Queens Blvd.
Rego Park, NY 11374

December 2, 2022

## Corporate Resolution

This is a Corporate Resolution, by the above Corporation, authorizing and consenting to the filing of a Bankruptcy Chapter 11 Voluntary Petition, under that Chapter 11 of the Bankruptcy Code.

There are two owners in the Istanbul Rego Park, Inc. The President holds 50% of the corporation and the Vice President holds 50% of the corporation. They are fully authorized to initiate the filing and said took place with their full consent.

_____
Yasin Cabuk
President of Istanbul Rego Park, Inc.

_____
Ali Gulu
Vice of President of Istanbul Rego Park, Inc.