United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-43000-nhl
Istanbul Rego Park, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Dec 06, 2022      Form ID: 309F1      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Istanbul Rego Park, Inc., 9536 Queens Blvd., Rego Park, NY 11374-1136 |
| 10134730 | + | Ali Difan, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10134732 | + | Ece Karagoz, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10134733 | + | Internal Revenue Service, 1200 Waters Place, Bronx, NY 10461-2728 |
| 10134734 | + | Nassau Best LLC, 30 Terrace Cir 4C, Great Neck, NY 11021-4187 |
| 10134735 | + | Nationwide Advance, Inc., 848 N Rainbow Blvd. # 649, Las Vegas, NV 89107-1103 |
| 10134736 | | Super PC System, Inc., 78 Bay 50Street, 1st Floor, Brooklyn, NY 11214 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alla@kachanlaw.com | Dec 06 2022 18:19:00 | Alla Kachan, Law Offices of Alla Kachan P.C., 2799 Coney Island Avenue, Ste Unit 202, Brooklyn, NY 11235 |
| smg | | EDI: IRS.COM | Dec 06 2022 23:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 06 2022 18:19:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 06 2022 18:19:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 06 2022 18:19:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 06 2022 18:19:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| smg | + | Email/Text: karen.brown@treasury.gov | Dec 06 2022 18:19:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10134731 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 06 2022 18:19:00 | Department of Taxation, and Finance, Civil Enforcement Divisio, W A Harriman Campus, Albany, NY 12227-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: 309F1 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

**Name**             **Email Address**
Alla Kachan
                     on behalf of Debtor Istanbul Rego Park  Inc. alla@kachanlaw.com

Office of the United States Trustee
                     USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Istanbul Rego Park, Inc.  <br>Name | EIN: | 46–2476851 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 11    12/2/22 |
| Case number: | 1–22–43000–nhl | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Istanbul Rego Park, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Black Sea Fish and Grill | |
| 3. | **Address** | 9536 Queens Blvd.  <br>Rego Park, NY 11374 | |
| 4. | **Debtor's attorney**  <br>Name and address | Alla Kachan  <br>Law Offices of Alla Kachan P.C.  <br>2799 Coney Island Avenue  <br>Ste Unit 202  <br>Brooklyn, NY 11235 | Contact phone  718–513–3145  <br><br>Email:  alla@kachanlaw.com |
| 5. | **Bankruptcy clerk's office**  <br>Documents in this case may be filed at this address.  <br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595  <br>Brooklyn, NY 11201–1800 | Hours open:  <br>9:00 am – 4:30 pm Monday–Friday  <br><br>Contact phone  (347) 394–1700  <br><br>Date: 12/6/22 |
| 6. | **Meeting of creditors**  <br>The debtor's representative must attend the meeting to be questioned under oath.  <br>Creditors may attend, but are not required to do so. | **January 9, 2023 at 03:00 PM**  <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  <br><br>**DUE TO COVID–19, THE MEETING WILL BE, HELD TELEPHONICALLY. PLEASE CONTACT, Janease.Clarke@usdoj.gov FOR, MORE INFORMATION., NY 11201–1800** |

**For more information, see page 2 >**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |