United States Bankruptcy Court
Eastern District of New York

In re: Case No. 22-43000-nhl
Istanbul Rego Park, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Dec 08, 2022     Form ID: pdfall     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Istanbul Rego Park, Inc., 9536 Queens Blvd., Rego Park, NY 11374-1136 |
| 10134730 | + | Ali Difan, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10134732 | + | Ece Karagoz, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10134733 | + | Internal Revenue Service, 1200 Waters Place, Bronx, NY 10461-2728 |
| 10134734 | + | Nassau Best LLC, 30 Terrace Cir 4C, Great Neck, NY 11021-4187 |
| 10134735 | + | Nationwide Advance, Inc., 848 N Rainbow Blvd. # 649, Las Vegas, NV 89107-1103 |
| 10134736 | | Super PC System, Inc., 78 Bay 50Street, 1st Floor, Brooklyn, NY 11214 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10134731 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 08 2022 18:16:00 | Department of Taxation, and Finance, Civil Enforcement Divisio, W A Harriman Campus, Albany, NY 12227-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alla Kachan | |

on behalf of Debtor Istanbul Rego Park Inc. alla@kachanlaw.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re: Istanbul Rego Park, Inc.
      d/b/a Black Sea Fish and Grill          Chapter 11
                                                        Case No. 22-43000 - NHL

      Debtor.
---------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

Istanbul Rego Park, Inc. d/b/a Black Sea Fish and Grill, (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on December 2, 2022, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held on the Zoom platform by the undersigned Bankruptcy Judge on **January 24, 2023 at 3:00 P.M. ;** and it is further

**ORDERED,** that the parties interested in participating at the Case Management Conference shall register with the Court's eCourt Appearances platform as set forth on the Court's website https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord ; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;

11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);
13. if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;
14. the scheduling of additional Case Management Conferences; and
15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



Dated: December 6, 2022
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge