United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-43000-nhl
Istanbul Rego Park, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Dec 12, 2022      Form ID: pdf002      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Istanbul Rego Park, Inc., 9536 Queens Blvd., Rego Park, NY 11374-1136 |
| 10134730 | + | Ali Difan, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10134732 | + | Ece Karagoz, c/o Akin Law Group PLLC, 45 Broadway Ste 1420, New York, NY 10006-3799 |
| 10136844 | + | Enid Nagler Stuart, Ass't Attn'y General, Counsel for NYS Dep't of Taxation, 28 Liberty Street 17th floor, New York, NY 10005-1495 |
| 10134733 | + | Internal Revenue Service, 1200 Waters Place, Bronx, NY 10461-2728 |
| 10134734 | + | Nassau Best LLC, 30 Terrace Cir 4C, Great Neck, NY 11021-4187 |
| 10134735 | + | Nationwide Advance, Inc., 848 N Rainbow Blvd. # 649, Las Vegas, NV 89107-1103 |
| 10134736 | | Super PC System, Inc., 78 Bay 50Street, 1st Floor, Brooklyn, NY 11214 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2022 18:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 12 2022 18:16:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 12 2022 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 12 2022 18:16:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 12 2022 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| smg | + | Email/Text: karen.brown@treasury.gov | Dec 12 2022 18:16:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10134731 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 12 2022 18:16:00 | Department of Taxation, and Finance, Civil Enforcement Divisio, W A Harriman Campus, Albany, NY 12227-0001 |
| 10136846 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 12 2022 18:16:00 | NEW YORK STATE DEPARTMENT OF LABOR, STATE CAMPUS BLDG 12 RM 256, ALBANY, NY 12240-0001 |
| 10136463 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 12 2022 18:16:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: pdf002 | Total Noticed: 17 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NYS Department of Taxation And Finance |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alla Kachan | on behalf of Debtor Istanbul Rego Park  Inc. alla@kachanlaw.com |
| Enid Nagler Stuart | on behalf of Creditor NYS Department of Taxation And Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------  x
In re:                                                   :
                                                         :   Case No. 22-43000-nhl
Istanbul Rego Park, Inc.                                 :
                                                         :   Chapter 11
            Debtor.                                      :
-------------------------------------------------------  x
```

## NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **January 9, 2023, at 3:00 p.m.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

### Dial-in Information

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**   866-819-1498

- **Participant Code:**   4769770

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors or Debtors' Representatives and Counsel:

No later than one (1) business day prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at rachel.wolf@usdoj.gov : (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

        The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: December 9, 2022                  WILLIAM K. HARRINGTON
       New York, New York            UNITED STATES TRUSTEE, REGION 2

                                                     By: */s/ Rachel Wolf*
                                                         Rachel Wolf, Esq.
                                                         Trial Attorney
                                                         201 Varick Street, Suite 1006
                                                         New York, New York 10014
                                                         Tel. No. (202) 834-3003