Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                   Case No.: 1-22-43000-nhl

  Istanbul Rego Park, Inc.                                     Chapter 11
  d/b/a Black Sea Fish and Grill,

                             Debtor.
-------------------------------------------------------X

State of New York )
                              ) ss.:                              **AFFIDAVIT OF SERVICE**
County of Kings   )

     Elena Tolmacheva affirms the following under the penalties of perjury, that on December 28, 2022 I served a true copy of the following documents:

     1) Order Establishing Bar Date for the Filing of Proofs of Claim against Debtor, Istanbul Rego Park, Inc., Pursuant to Bankr. Rule 3003(c)(3);

     2) Notice of Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankr. Rule 3003(C)(3);

     3) Official Form No. B410,

by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:

**Office of the United States Trustee**
**Brooklyn Office**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Ali Difan**
c/o Akin Law Group PLLC
45 Broadway Ste 1420

New York, NY 10006-3799

**Enid Nagler Stuart, Ass't Attn'y G**
Counsel for NYS Dep't of Taxation
28 Liberty Street 17th floor
New York, NY 10005-1495

**Nassau Best LLC**
30 Terrace Cir 4C
Great Neck, NY 11021-4187

**New York State Department of Taxation & Fina**
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

**Department of Taxation and Finance**
Civil Enforcement Divisio
W A Harriman Campus
Albany, NY 12227-0001

**Internal Revenue Service**
1200 Waters Place
Bronx, NY 10461-2728

**Nationwide Advance, Inc.**
848 N Rainbow Blvd. # 649
Las Vegas, NV 89107-1103

**Ece Karagoz**
c/o Akin Law Group PLLC
45 Broadway Ste 1420
New York, NY 10006-3799

**NEW YORK STATE DEPARTMENT OF LABOR**
STATE CAMPUS BLDG 12 RM 256
ALBANY, NY 12240-0001

**New York State Attorney General**
c/o Enid Naglar Stuart
Special Bankruptcy Counsel
28 Liberty Street, 17th Floor
New York, NY 10005-1495

**Super PC System, Inc.**
78 Bay 50Street 1st Floor
Brooklyn, NY 11214

Dated: December 28, 2022
    Brooklyn, New York

_____
Elena Tolmacheva

Sworn Before Me on This

__28__ Day of __December__, 2022

_____
Notary Public

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified in King County
Commission Expires       June 17, 2023