Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                    Case No.: 1-22-43000-nhl
Istanbul Rego Park, Inc.                                  Chapter 11
*dba Black Sea Fish and Grill*
                              Debtor.
---------------------------------------------------------X
STATE OF NEW YORK   )
                         ) SS:
COUNTY OF KINGS)

### AFFIDAVIT PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

Yasin Cabuk, duly sworn, depose and say:

1. I am the president of Istanbul Rego Park, Inc. (the "Debtor"), and as such, I am familiar with the operations, business and financial affairs of Debtor.
2. I submit this affidavit in accordance with the E.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").
3. There is no pending involuntary bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.
4. The Debtor is a restaurant.
5. The circumstances leading to Debtor's filing under Chapter 11 were as follows:
   The Debtor had been adversely affected by COVID-19, wherein the restaurant was shut down entirely, except for deliveries for the duration of over seven months. Obligations accumulated for taxes, business loans together with rental arrears and pending FLSA claim, caused me to file for bankruptcy protection on December 2, 2022.

6. The corporation has two principals.
7. A list of Debtor's creditors is attached.

Dated: New York, New York

By: Yasin Cabuk,

President, Istanbul Rego Park, Inc.

April 14 2023

Sworn to before me this 14 Day of April 2023.

Notary Public, State of New York

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified in King County
Commission Expires    June 17, 2023

12/02/22 10:09AM

**Fill in this information to identify the case:**

Debtor name   **Istanbul Rego Park, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

12/02/22 10:09AM

**Fill in this information to identify the case:**

Debtor name   Istanbul Rego Park, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                         Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Ali Difan<br>c/o Akin Law Group PLLC<br>45 Broadway Ste 1420<br>New York, NY 10006 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **FLSA claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,539.28 |
|---|---|---|---|
| | Department of Taxation<br>and Finance<br>Civil Enforcement Divisio<br>W A Harriman Campus<br>Albany, NY 12227 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6851** | Basis for the claim: **Sales tax, penalty and interest**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Ece Karagoz<br>c/o Akin Law Group PLLC<br>45 Broadway Ste 1420<br>New York, NY 10006 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **FLSA claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,942.00 |
|---|---|---|---|
| | Internal Revenue Service<br>1200 Waters Place<br>Bronx, NY 10461 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6851** | Basis for the claim: **Tax period 2017; 2018**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Istanbul Rego Park, Inc.**    Case number (if known) _____
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|
| | Nationwide Advance, Inc.<br>848 N Rainbow Blvd. # 649<br>Las Vegas, NV 89107 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 248,481.28 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 248,481.28 |