**Fill in this information to identify the case:**

Debtor Name: Istanbul Rego Park, Inc.

United States Bankruptcy Court for the: Eastern District of New York

Case number: 1-22-43000

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11             12/17

Month: April 2023

Date report filed: 05/10/2023
MM / DD / YYYY

Line of business: Restaurant

NAISC code: 7225

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Yasin Cabuk

Original signature of responsible party: /S/ Yasin Cabuk

Printed name of responsible party: Yasin Cabuk

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Istanbul Rego Park, Inc.                              Case number 1-22-43000

| | | No | Yes | N/A |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 521.08

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ 80,740.50

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    – $ 80,846.07

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -105.57

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 415.51

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**    $ 0.00
  *(Exhibit E)*

Debtor Name Istanbul Rego Park, Inc.                                    Case number 1-22-43000

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                    $ _____0.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                4
27. What is the number of employees as of the date of this monthly report?                              4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____
30. How much have you paid this month in other professional fees?                                           $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                         $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | *Column A* <br> **Projected** | − | *Column B* <br> **Actual** | = | *Column C* <br> **Difference** |
|---|---|---|---|---|---|
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 70,000.00 | − | $ 80,740.50 | = | $ 10,740.50 |
| 33. **Cash disbursements** | $ 65,000.00 | − | $ 80,846.07 | = | $ 15,846.07 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ -105.57 | = | $ 5,105.57 |

35. Total projected cash receipts for the next month:                                            $ 70,000.00
36. Total projected cash disbursements for the next month:                                  − $ 65,000.00
37. Total projected net cash flow for the next month:                                         = $ 5,000.00

Debtor Name  Istanbul Rego Park, Inc.                              Case number 1-22-43000

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

2:04 PM
05/10/23
Accrual Basis

# Istanbul Rego Park
# Profit & Loss
April 2023

|  | Apr 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 76,279.06 |
| **Total Income** | 76,279.06 |
| **Cost of Goods Sold** | |
| Bar Purchases | 349.39 |
| Food Purchases | 21,363.46 |
| Merchant Account Fees | 1,410.13 |
| Restaurant Supplies | 5,548.49 |
| **Total COGS** | 28,671.47 |
| **Gross Profit** | 47,607.59 |
| **Expense** | |
| Automobile Expense | 78.86 |
| Bank Service Charges | 302.27 |
| Computer and Internet Expenses | 200.00 |
| Delivery Fees | 5,100.00 |
| Insurance Expense | 1,973.07 |
| Meals and Entertainment | 56.95 |
| Office Supplies | 170.91 |
| Officer Compensation | 4,200.00 |
| Payroll Processing Fee | 254.00 |
| Payroll Taxes | 699.21 |
| Professional Fees | 350.00 |
| Rent Expense | 12,156.26 |
| Repairs and Maintenance | 1,133.19 |
| Sales Tax | 6,000.00 |
| Telephone Expense | 367.79 |
| Tolls and Parking | 823.10 |
| trustee fees | 0.00 |
| Utilities | 2,250.00 |
| Wages | 5,171.18 |
| **Total Expense** | 41,286.79 |
| **Net Ordinary Income** | 6,320.80 |
| **Net Income** | **6,320.80** |

2:04 PM
05/10/23
Cash Basis

# Istanbul Rego Park
# Balance Sheet
## As of April 30, 2023

|  | Apr 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD DIP | 415.51 |
| **Total Checking/Savings** | 415.51 |
| **Other Current Assets** | |
| Food Inventory | 4,000.00 |
| Pre-Paid Professional Fees | 1,250.00 |
| **Total Other Current Assets** | 5,250.00 |
| **Total Current Assets** | 5,665.51 |
| **Fixed Assets** | |
| Furniture and Equipment | 7,000.00 |
| **Total Fixed Assets** | 7,000.00 |
| **TOTAL ASSETS** | 12,665.51 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 1,134.49 |
| Salaries Payable | 3,403.05 |
| Unsecured Debt | 248,481.28 |
| **Total Other Current Liabilities** | 253,018.82 |
| **Total Current Liabilities** | 253,018.82 |
| **Total Liabilities** | 253,018.82 |
| **Equity** | |
| Retained Earnings | -233,150.34 |
| Net Income | -7,202.97 |
| **Total Equity** | -240,353.31 |
| **TOTAL LIABILITIES & EQUITY** | 12,665.51 |

Case 1-22-43000-nhl    Doc 46    Filed 05/10/23    Entered 05/10/23 16:18:15





America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC  
DIP CASE 22-43000 EDNY  
9536 QUEENS BLVD  
REGO PARK NY  11374

Page: 1 of 10  
Statement Period: Apr 01 2023-Apr 30 2023  
Cust Ref #:                                                      ###  
Primary Account #:                                        1795

## Chapter 11 Checking

ISTANBUL REGO PARK INC  
DIP CASE 22-43000 EDNY



Acc... 1795

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 521.08 | Average Collected Balance | 2,231.25 |
| Electronic Deposits | 78,354.96 | Interest Earned This Period | 0.00 |
| Other Credits | 2,385.54 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 38,381.15 | Days in Period | 30 |
| Electronic Payments | 42,009.92 | | |
| Other Withdrawals | 455.00 | | |
| Ending Balance | 415.51 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $70.00 |
| Total Returned Item Fees (NSF) | $420.00 | $910.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $245.00 | $525.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | CCD DEPOSIT, BNKCD SETTLE MERCH DE... 70942 | 3,413.32 |
| 04/03 | CCD DEPOSIT, BNKCD SETTLE MERCH DE... 70942 | 1,592.34 |
| 04/03 | CCD DEPOSIT, BNKCD SETTLE MERCH DE... 70942 | 691.84 |
| 04/03 | CCD DEPOSIT, BNKCD SETTLE MERCH DE... 70942 | 180.24 |
| 04/03 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP... 70942 | 108.23 |
| 04/03 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 ST... | 97.02 |
| 04/03 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 S... | 94.73 |
| 04/03 | ACH RETURNED ITEM, HARLAND CLARKE CHK ORDER... 4100 | 30.75 |
| 04/04 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP... 0942 | 1,475.71 |
| 04/04 | CCD DEPOSIT, UBER USA 6787 EDI PAYMN... | 887.37 |
| 04/04 | ACH RETURNED ITEM, SUBLIME PAYROLL TAXES SPS374153 | 807.86 |
| 04/04 | ACH RETURNED ITEM, MERCHANT SERVICE MTHLY... 5096 | 400.15 |
| 04/04 | ACH RETURNED ITEM, SUBLIME PAYROLL... 4153 | 373.57 |
| 04/04 | ACH RETURNED ITEM, SUBLIME PAYROLL PAY... 153 | 30.00 |
| 04/04 | ATM CASH DEP... 9538 AUT 040423 ATM CASH DEPOSIT 95 25 QUEENS BLVD    QUEENS    * NY | 990.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        415.51

② Total Deposits        +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 3 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 795

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | ATM CASH DEPOSIT 9538<br>AUT 040423 ATM CASH DEPOSIT<br>95 25 QUEENS BLVD   QUEENS   * NY | 510.00 |
| 04/04 | ATM CASH DEPOSIT 9538<br>AUT 040423 ATM CASH DEPOSIT<br>95 25 QUEENS BLVD   QUEENS   * NY | 400.00 |
| 04/05 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 2,214.69 |
| 04/06 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,758.55 |
| 04/07 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,876.29 |
| 04/07 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY 07019xzC1_A | 851.39 |
| 04/07 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY ****07059xzC1_A | 740.25 |
| 04/07 | ACH RETURNED ITEM, SUBLIME PAYROLL 4153 | 373.57 |
| 04/07 | CCD DEPOSIT, DOORDASH, INC. QUEENS BLV ST | 247.65 |
| 04/07 | ACH RETURNED ITEM, SUBLIME PAYROLL PAYRO 4153 | 30.00 |
| 04/07 | ACH RETURNED ITEM, SUBLIME PAYROLL PAYRO 4153 | 30.00 |
| 04/10 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 5,394.00 |
| 04/10 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 3,662.44 |
| 04/10 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 2,108.93 |
| 04/10 | CCD DEPOSIT, BLACKSEA FISH & CN 5583 S | 185.04 |
| 04/10 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 182.84 |
| 04/11 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,392.03 |
| 04/11 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT MYNJFTWF0F2I1RG | 1,061.81 |
| 04/11 | CCD DEPOSIT, BLACKSEA FISH & CN 5583 ST | 309.69 |
| 04/11 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 134.54 |
| 04/12 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,513.28 |
| 04/12 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 23.33 |
| 04/12 | ATM CHECK DEPOSIT 9538<br>AUT 041223 ATM CHECK DEPOSIT<br>95 25 QUEENS BLVD   QUEENS   * NY | 131.43 |
| 04/13 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 2,083.51 |
| 04/14 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY | 1,943.95 |
| 04/14 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,937.69 |
| 04/14 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 192.19 |
| 04/14 | CCD DEPOSIT, DOORDASH, INC. QUEENS BLV | 145.92 |
| 04/14 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 S | 10.39 |
| 04/17 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 4,825.12 |
| 04/17 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 3,536.15 |
| 04/17 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,499.01 |
| 04/17 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 436.28 |
| 04/17 | CCD DEPOSIT, BLACKSEA FISH & CN 4558 | 275.87 |
| 04/17 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 | 141.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 4 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 795

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT | 955.20 |
| 04/18 | CCD DEPOSIT, BNKCD SETTLE MERCH 0942 | 439.84 |
| 04/18 | CCD DEPOSIT, BLACKSEA FISH & CN 5583 ST-J3I3V4S8W8X7 | 268.84 |
| 04/19 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,467.74 |
| 04/19 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 | 375.78 |
| 04/20 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 3,648.74 |
| 04/21 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY ****21199xzC1_A | 2,055.36 |
| 04/21 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,557.16 |
| 04/21 | CCD DEPOSIT, DOORDASH, INC. QUEENS BL | 142.74 |
| 04/24 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 3,231.78 |
| 04/24 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,998.12 |
| 04/24 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,308.55 |
| 04/24 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 174.29 |
| 04/24 | CCD DEPOSIT, BLACKSEA FISH 583 ST-C0G7Q2E5C0H4 | 58.83 |
| 04/24 | CCD DEPOSIT, BLACKSEA FISH 5583 ST-K4D9W6I7P1R7 | 30.96 |
| 04/25 | CCD DEPOSIT, BNKCD SETTLE MERCH 0942 | 1,389.19 |
| 04/25 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT O7H4KI6NPRXQFOY | 506.41 |
| 04/25 | CCD DEPOSIT, BLACKSEA FISH & CN 4558 | 186.01 |
| 04/26 | CCD DEPOSIT, BNKCD SETTLE MERCH D 0942 | 1,354.80 |
| 04/26 | CCD DEPOSIT, BLACKSEA FISH & CN 45583 ST | 21.72 |
| 04/27 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,030.45 |
| 04/27 | CCD DEPOSIT, BLACKSEA FISH 583 ST-U7Q0D3S6Y7R3 | 37.05 |
| 04/28 | CCD DEPOSIT, BNKCD SETTLE MERCH DEP 0942 | 1,451.41 |
| 04/28 | CCD DEPOSIT, GRUBHUB INC APR ACTV 8269xzC1_A | 942.89 |
| 04/28 | CCD DEPOSIT, DOORDASH, INC. QUEENS BLV | 388.62 |
| | Subtotal: | 78,354.96 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | RETURNED ITEM | 277.51 |
| 04/05 | NSF GRACE FEE REFUND | 140.00 |
| 04/06 | RETURNED ITEM | 542.13 |
| 04/06 | RETURNED ITEM | 542.13 |
| 04/10 | NSF GRACE FEE REFUND | 105.00 |
| 04/28 | RETURNED ITEM | 778.77 |
| | Subtotal: | 2,385.54 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 5 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###-###
Primary Account #: 1795

## DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 40  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/05 | 167 | 400.00 | 04/21 | 199 | 542.13 |
| 04/06 | 180* | 500.00 | 04/28 | 200 | 542.13 |
| 04/03 | 181 | 3,956.26 | 04/17 | 203* | 418.00 |
| 04/03 | 182 | 1,100.00 | 04/26 | 204 | 693.12 |
| 04/05 | 183 | 542.13 | 04/14 | 206* | 1,000.00 |
| 04/05 | 184 | 720.00 | 04/17 | 207 | 3,600.00 |
| 04/05 | 185 | 542.13 | 04/17 | 208 | 1,100.00 |
| 04/07 | 186 | 276.61 | 04/17 | 209 | 1,000.00 |
| 04/07 | 187 | 1,000.00 | 04/17 | 211* | 1,000.00 |
| 04/10 | 188 | 1,100.00 | 04/19 | 212 | 542.13 |
| 04/10 | 189 | 542.13 | 04/27 | 213 | 778.77 |
| 04/12 | 190 | 542.13 | 04/21 | 214 | 275.09 |
| 04/10 | 191 | 1,000.00 | 04/20 | 217* | 500.00 |
| 04/10 | 192 | 2,500.00 | 04/24 | 218 | 1,100.00 |
| 04/14 | 193 | 542.13 | 04/24 | 219 | 1,800.00 |
| 04/18 | 194 | 500.00 | 04/24 | 220 | 1,000.00 |
| 04/14 | 195 | 328.49 | 04/26 | 221 | 542.13 |
| 04/28 | 196 | 1,500.00 | 04/28 | 223* | 278.13 |
| 04/13 | 197 | 300.00 | 04/07 | 2176825* | 700.00 |
| 04/12 | 198 | 2,800.00 | 04/07 | 2176826 | 277.51 |
| | | | | Subtotal: | 38,381.15 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | CCD DEBIT, BNKCD SETTLE MTHLY FEES ######0942 | 1,410.13 |
| 04/03 | DEBIT CARD PURCHASE, ######9538, AUT 033123 VISA DDA PUR DIVAN BAKERY AND CAFE    BROOKLYN    * NY | 1,000.00 |
| 04/03 | CCD DEBIT, SUBLIME PAYROLL TAXES SPSS#4153 | 807.86 |
| 04/03 | DEBIT POS, ######9538, AUT 040323 DDA PURCHASE COSTCO WHSE  1070    REGO PARK    * NY | 504.48 |
| 04/03 | CCD DEBIT, MERCHANT SERVICE MTHLY DIS######5096 | 400.15 |
| 04/03 | CCD DEBIT, SUBLIME PAYROLL TAXES SPSS#4153 | 373.57 |
| 04/03 | DEBIT POS, ######9538, AUT 040323 DDA PURCHASE C TOWN SUPERMARK 9406 63    REGO PARK    * NY | 74.55 |
| 04/03 | DEBIT CARD PURCHASE, ######9538, AUT 033123 VISA DDA PUR TURKIYEM MARKET    QUEENS    * NY | 72.00 |
| 04/03 | CCD DEBIT, SUBLIME PAYROLL PAYROLL FE SPSS#4153 | 30.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 6 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 1795

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/03 | DEBIT POS, ###9538, AUT 040323 DDA PURCHASE<br>NET COST MARKET    REGO PARK    * NY | 28.26 |
| 04/04 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ### 8216 | 1,500.00 |
| 04/05 | DEBIT POS, ###9538, AUT 040523 DDA PURCHASE<br>COSTCO WHSE 1070    REGO PARK    * NY | 631.28 |
| 04/05 | DEBIT POS, ###9538, AUT 040523 DDA PURCHASE<br>NET COST MARKET    REGO PARK    * NY | 84.86 |
| 04/05 | DEBIT POS, ###9538, AUT 040523 DDA PURCHASE<br>COSTCO WHSE 1070    REGO PARK    * NY | 70.76 |
| 04/05 | DEBIT POS, ###2497, AUT 040423 DDA PURCHASE<br>FRESH VALUE MAR    REGO PARK    * NY | 6.00 |
| 04/06 | DEBIT CARD PURCHASE, ###2497, AUT 040523 VISA DDA PUR<br>GOLD FISH    BROOKLYN    * NY | 2,000.00 |
| 04/06 | CCD DEBIT, SUBLIME PAYROLL ### 4153 | 807.86 |
| 04/06 | CCD DEBIT, SUBLIME PAYROLL T ### 4153 | 373.57 |
| 04/06 | DEBIT CARD PURCHASE, ###2497, AUT 040523 VISA DDA PUR<br>IMPERIAL MEAT MARKET    BROOKLYN    * NY | 237.02 |
| 04/06 | CCD DEBIT, SUBLIME PAYROLL RETURN ### 4153 | 40.00 |
| 04/06 | DEBIT POS, ###2497, AUT 040623 DDA PURCHASE<br>DOODY HOME CENTER    BROOKLYN    * NY | 33.73 |
| 04/06 | CCD DEBIT, SUBLIME PAYROLL PAYROLL ### 4153 | 30.00 |
| 04/06 | CCD DEBIT, SUBLIME PAYROLL PAYROLL ### 4153 | 30.00 |
| 04/07 | DEBIT POS, ###9538, AUT 040723 DDA PURCHASE<br>COSTCO WHSE 1070    REGO PARK    * NY | 177.06 |
| 04/07 | DEBIT POS, ###2497, AUT 040723 DDA PURCHASE<br>IMPERIAL MEAT MARKET    BROOKLYN    * NY | 91.35 |
| 04/07 | DEBIT POS, ###9538, AUT 040723 DDA PURCHASE<br>MARSHALLS 9605 QUEENS    REGO PARK    * NY | 35.04 |
| 04/07 | ACH DEBIT, HARLAND CLARKE RETRY PYMT *### 4100 | 30.75 |
| 04/07 | DEBIT POS, ###9538, AUT 040723 DDA PURCHASE<br>C TOWN SU 9406 63RD DR    REGO PARK    * NY | 12.68 |
| 04/10 | DEBIT POS, ###9538, AUT 041023 DDA PURCHASE<br>RESTAURANT DEPOT    MASPETH    * NY | 1,507.34 |
| 04/10 | DEBIT POS, ###9538, AUT 041023 DDA PURCHASE<br>RESTAURANT DEPOT    MASPETH    * NY | 385.73 |
| 04/10 | DEBIT POS, ###9538, AUT 040923 DDA PURCHASE<br>FC DISCOUNT LIQUOR WIN    REGO PARK    * NY | 55.53 |
| 04/10 | DEBIT POS, ###9538, AUT 040923 DDA PURCHASE<br>FC DISCOUNT LIQUOR WIN    REGO PARK    * NY | 53.33 |
| 04/10 | DEBIT CARD PURCHASE, ###9538, AUT 040823 VISA DDA PUR<br>PH 99 TRADING INC    REGO PARK    * NY | 50.00 |
| 04/10 | DEBIT CARD PURCHASE, ###9538, AUT 040823 VISA DDA PUR<br>PH 99 TRADING INC    REGO PARK    * NY | 43.86 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 7 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 795

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | DEBIT CARD PURCHASE ****9538, AUT 040823 VISA DDA PUR<br>PAYMENTUS SERVICE FEE    ATLANTA    * GA | 37.35 |
| 04/10 | DEBIT POS ****9538, AUT 040823 DDA PURCHASE<br>C TOWN SU 9406 63RD DR    REGO PARK    * NY | 28.74 |
| 04/10 | DEBIT POS ****9538, AUT 040923 DDA PURCHASE<br>C TOWN SU 9406 63RD DR    REGO PARK    * NY | 28.74 |
| 04/10 | DEBIT CARD PURCHASE ****9538, AUT 040723 VISA DDA PUR<br>PH 99 TRADING INC    REGO PARK    * NY | 20.00 |
| 04/10 | DEBIT CARD PURCHASE ****9538, AUT 040823 VISA DDA PUR<br>PAYMENTUS SERVICE FEE    ATLANTA    * GA | 14.92 |
| 04/11 | CCD DEBIT, SUBLIME PAYROLL TAXES ****4153 | 373.57 |
| 04/11 | DEBIT POS ****2497, AUT 041123 DDA PURCHASE<br>IMPERIAL MEAT MARKET    BROOKLYN    * NY | 90.83 |
| 04/11 | DEBIT POS ****9538, AUT 041123 DDA PURCHASE<br>COSTCO WHSE 1070    REGO PARK    * NY | 70.24 |
| 04/11 | CCD DEBIT, SUBLIME PAYROLL PAYROLL ****4153 | 30.00 |
| 04/11 | CCD DEBIT, SUBLIME PAYROLL PAYROLL ****4153 | 30.00 |
| 04/11 | DEBIT POS ****9538, AUT 041123 DDA PURCHASE<br>THE HOME DEPOT 1220    GLENDALE    * NY | 20.62 |
| 04/11 | DEBIT POS ****2497, AUT 041023 DDA PURCHASE<br>FRESH VALUE MAR    REGO PARK    * NY | 14.47 |
| 04/11 | DEBIT CARD PURCHASE ****9538, AUT 041023 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG ISLAND C * NY | 3.25 |
| 04/11 | DEBIT CARD PURCHASE ****9538, AUT 041023 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG ISLAND C * NY | 3.25 |
| 04/11 | DEBIT CARD PURCHASE ****9538, AUT 041023 VISA DDA PUR<br>BLACK SEA FISH GRILL    REGO PARK    * NY | 1.09 |
| 04/12 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ****7127 | 1,500.00 |
| 04/12 | ELECTRONIC PMT-WEB, ****8300 INSFINAN ****6841 | 285.90 |
| 04/13 | DEBIT CARD PURCHASE ****2497, AUT 041223 VISA DDA PUR<br>GOLD FISH    BROOKLYN    * NY | 2,000.00 |
| 04/13 | DEBIT CARD PURCHASE ****9538, AUT 041223 VISA DDA PUR<br>DITMARS GOURMET    917 599 7551    * NY | 1,040.00 |
| 04/13 | DEBIT POS ****2497, AUT 041323 DDA PURCHASE<br>IMPERIAL MEAT MARKET    BROOKLYN    * NY | 221.00 |
| 04/13 | DEBIT POS ****2497, AUT 041323 DDA PURCHASE<br>RESTAURANT DEPOT    MASPETH    * NY | 104.81 |
| 04/13 | DEBIT CARD PURCHASE ****2497, AUT 041223 VISA DDA PUR<br>AMZN MKTP US    AMZN COM BILL * WA | 65.30 |
| 04/13 | DEBIT POS ****9538, AUT 041323 DDA PURCHASE<br>NET COST MARKET    REGO PARK    * NY | 32.31 |
| 04/13 | DEBIT CARD PURCHASE ****2497, AUT 041223 VISA DDA PUR<br>BIG BAZAAR    BROOKLYN    * NY | 20.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 8 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 1795

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | DEBIT POS, 9538, AUT 041223 DDA PURCHASE<br>DUANE READE STO 9511 63R   REGO PARK   * NY | 7.99 |
| 04/14 | DEBIT POS, 538, AUT 041423 DDA PURCHASE<br>RESTAURANT DEPOT       MASPETH    * NY | 779.86 |
| 04/17 | DEBIT CARD PURCHASE, 538, AUT 041423 VISA DDA PUR<br>DITMARS GOURMET       917 599 7551 * NY | 1,040.00 |
| 04/17 | DEBIT CARD PURCHASE, 9538, AUT 041323 VISA DDA PUR<br>DIVAN BAKERY AND CAFE   BROOKLYN    * NY | 1,000.00 |
| 04/17 | CCD DEBIT, SUBLIME PAYROLL TAXES SPS374153 | 807.86 |
| 04/17 | DEBIT POS, 9538, AUT 041723 DDA PURCHASE<br>COSTCO WHSE  1070      REGO PARK   * NY | 725.24 |
| 04/17 | DEBIT POS, 9538, AUT 041723 DDA PURCHASE<br>COSTCO WHSE  1070      REGO PARK   * NY | 506.12 |
| 04/17 | DEBIT POS, 9538, AUT 041523 DDA PURCHASE<br>COSTCO WHSE  1070      REGO PARK   * NY | 364.49 |
| 04/17 | CCD DEBIT, SUBLIME PAYROLL TAXES 4153 | 362.56 |
| 04/17 | CCD DEBIT, SUBLIME PAYROLL PAYROLL 4153 | 30.00 |
| 04/17 | DEBIT POS, 2497, AUT 041623 DDA PURCHASE<br>OLYMPIC THREE         MASPETH    * NY | 28.85 |
| 04/17 | DEBIT CARD PURCHASE, 2497, AUT 041523 VISA DDA PUR<br>FRESH VALUE MARKETPLACE  REGO PARK   * NY | 16.52 |
| 04/18 | CCD DEBIT, SUBLIME ACCOUNTI 4153 | 164.00 |
| 04/18 | DEBIT POS, 9538, AUT 041823 DDA PURCHASE<br>108 CAR CARE IN       CORONA     * NY | 38.05 |
| 04/19 | CCD DEBIT, NYS DTF SALES TAX PAYMNT 6021 | 1,500.00 |
| 04/19 | DEBIT POS, 9538, AUT 041923 DDA PURCHASE<br>THE HOME DEPOT 1220    GLENDALE   * NY | 473.33 |
| 04/19 | DEBIT CARD PAYMENT, 2497, AUT 041823 VISA DDA PUR<br>TMOBILE POSTPAID PDP    800 937 8997 * WA | 367.79 |
| 04/19 | DEBIT CARD PURCHASE, 2497, AUT 041723 VISA DDA PUR<br>SAFIR BAKERY         BROOKLYN    * NY | 140.40 |
| 04/19 | DEBIT CARD PURCHASE, 9538, AUT 041823 VISA DDA PUR<br>NYCDOT PARKING METERS   LONG ISLAND C * NY | 21.00 |
| 04/19 | DEBIT CARD PURCHASE, 9538, AUT 041823 VISA DDA PUR<br>SQ  180 MAIDEN LANE CHEF  NEW YORK    * NY | 6.80 |
| 04/20 | DEBIT CARD PURCHASE, 2497, AUT 041923 VISA DDA PUR<br>GOLD FISH           BROOKLYN    * NY | 1,500.00 |
| 04/20 | DEBIT POS, 2497, AUT 042023 DDA PURCHASE<br>RESTAURANT DEPOT       MASPETH    * NY | 518.30 |
| 04/20 | DEBIT CARD PURCHASE, 2497, AUT 041923 VISA DDA PUR<br>IMPERIAL MEAT MARKET    BROOKLYN    * NY | 282.17 |
| 04/20 | CCD DEBIT, CHOWNOW, INC. CHOWNOW, I | 162.23 |
| 04/20 | DEBIT POS, 9538, AUT 042023 DDA PURCHASE<br>COSTCO WHSE  1070      REGO PARK   * NY | 105.06 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

<4-22-43000-nhl    Doc 46    Filed 05/10/23    Entered 05/10/23 16:18:15



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 9 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###
Primary Account #: 795

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/21 | DEBIT CARD PURCHASE, ****2497, AUT 042023 VISA DDA PUR GOLD FISH    BROOKLYN    NY | 1,000.00 |
| 04/21 | DEBIT CARD PURCHASE ****2497, AUT 042023 VISA DDA PUR PAYPAL DOF PKMOBPP   402 935 7733 * CA | 795.60 |
| 04/21 | DEBIT CARD PURCHASE ****9538, AUT 041923 VISA DDA PUR DAGIM HARDWARE    REGO PARK  * NY | 58.75 |
| 04/24 | DEBIT POS ****9538, AUT 042423 DDA PURCHASE COSTCO WHSE 1070    REGO PARK  * NY | 608.47 |
| 04/24 | DEBIT CARD PURCHASE ****2497, AUT 042123 VISA DDA PUR SPIRIT STOP INC    BROOKLYN   NY | 349.39 |
| 04/24 | DEBIT POS ****2497, AUT 042223 DDA PURCHASE RESTAURANT DEPOT    MASPETH   * NY | 241.40 |
| 04/24 | CCD DEBIT, MEGA M LLC ACH ****8005 | 200.00 |
| 04/24 | DEBIT POS ****9538, AUT 042323 DDA PURCHASE COSTCO WHSE 1070    REGO PARK   * NY | 179.13 |
| 04/24 | DEBIT POS ****9538, AUT 042323 DDA PURCHASE C TOWN SUPERMARK 9406 63   REGO PARK  * NY | 45.45 |
| 04/24 | DEBIT CARD PURCHASE ****9538, AUT 042123 VISA DDA PUR STARBUCKS STORE 24165    REGO PARK  * NY | 25.15 |
| 04/24 | DEBIT CARD PURCHASE ****2497, AUT 042123 VISA DDA PUR STARBUCKS 800 782 7282    800 782 7282 * WA | 25.00 |
| 04/25 | CCD DEBIT, NATIONAL GRID NY UTILITY ****0304 | 2,250.00 |
| 04/25 | ELECTRONIC PMT-WEB, NYSIF WEB ****2123 | 1,687.17 |
| 04/25 | DEBIT POS ****2497, AUT 042523 DDA PURCHASE RESTAURANT DEPOT    MASPETH   * NY | 738.87 |
| 04/25 | DEBIT POS ****2497, AUT 042523 DDA PURCHASE DOODY HOME CENTER    BROOKLYN  * NY | 46.76 |
| 04/26 | DEBIT CARD PURCHASE ****9538, AUT 042523 VISA DDA PUR DITMARS GOURMET    917 599 7551 * NY | 1,040.00 |
| 04/26 | DEBIT POS ****9538, AUT 042623 DDA PURCHASE NIZAM SUPERMARKET    CLIFFSIDE PAR * NJ | 84.05 |
| 04/26 | DEBIT POS ****9538, AUT 042623 DDA PURCHASE 108 CAR CARE IN    CORONA   * NY | 40.81 |
| 04/26 | DEBIT POS ****9538, AUT 042523 DDA PURCHASE RITE AID 04866    REGO PARK   * NY | 33.73 |
| 04/27 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ****6873 | 1,500.00 |
| 04/28 | DEBIT CARD PURCHASE ****9538, AUT 042623 VISA DDA PUR DIVAN BAKERY AND CAFE    BROOKLYN  * NY | 1,000.00 |
| 04/28 | DEBIT POS ****2497, AUT 042823 DDA PURCHASE IMPERIAL MEAT MARKET    BROOKLYN  * NY | 86.26 |
| | Subtotal: | 42,009.92 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ISTANBUL REGO PARK INC
DIP CASE 22-43000 EDNY

Page: 10 of 10
Statement Period: Apr 01 2023-Apr 30 2023
Cust Ref #: ###-###
Primary Account #: 1795

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | OVERDRAFT RET | 70.00 |
| 04/04 | OVERDRAFT RET | 140.00 |
| 04/06 | OVERDRAFT RET | 70.00 |
| 04/06 | OVERDRAFT PD | 35.00 |
| 04/07 | OVERDRAFT RET | 105.00 |
| 04/28 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 455.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 521.08 | 04/17 | 2,558.01 |
| 04/03 | -2,820.20 | 04/18 | 3,519.84 |
| 04/04 | 1,414.46 | 04/19 | 2,311.91 |
| 04/05 | 771.99 | 04/20 | 2,892.89 |
| 04/06 | -542.38 | 04/21 | 3,976.58 |
| 04/07 | 900.77 | 04/24 | 5,205.12 |
| 04/10 | 5,171.35 | 04/25 | 2,563.93 |
| 04/11 | 7,432.10 | 04/26 | 1,506.61 |
| 04/12 | 3,972.11 | 04/27 | 295.34 |
| 04/13 | 2,264.04 | 04/28 | 415.51 |
| 04/14 | 3,843.70 | | |