UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

Chapter 11

ISTANBUL REGO PARK, INC.,
dba Black Sea Fish and Grill,

Case No. 22-43000 (NHL)

Debtor.
-----------------------------------------------------------x

**ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE**

Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on April 14, 2023 to dismiss this case, pursuant to 11 U.S.C. § 1112(b), the Objection of the Debtor filed on May 9, 2029, and the response of the United States Trustee to the Debtor's objection dated June 5, 2023, and upon the record of the hearing held on May 16, 2023, the adjourned hearing on June 13, 2023, and the adjourned hearing held before this Court on June 27, 2023, ***at which appeared Jeremy Sussman, Esq. (United States Trustee), Alla Kachan, Esq. (Counsel to Debtor), and Leo Gagion, Esq. (Counsel to NYS Department of Taxation And Finance)***; ***(NHL)*** and it appearing that appropriate notice having been given; and the Court having overruled the Debtor's objection ***on the record of the June 27, 2023 hearing***; ***(NHL)*** and finding cause existing for the relief requested, ***and that conversion to a case under chapter 7 or the appointment of a trustee under section 1104(a) is not in the best interests of creditors and the estate***, ***(NHL)*** it is

ORDERED that the case of Istanbul Rego Park Inc. dba Black Sea Fish and Grill, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b) with **prejudice and one-year bar to refiling**; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and

simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.

**Dated: June 29, 2023**
**Brooklyn, New York**

Nancy Hershey Lord
United States Bankruptcy Judge